with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

EMILIO REBORA and Another, as General Average Adjusters and Trustees for NAVIGAZIONE GENERALE ITALIANA, Owner of the Steamship "Caserta," v. BRITISH AND FOREIGN MARINE INSURANCE COMPANY, LTD.— Motion granted, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

JULIUS C. BERNHEIM v. SAM SAMUELS and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch and McAvoy, JJ.

CZARNIKOW RIONDA COMPANY v. FEDERAL SUGAR REFINING COMPANY. (Claim of ERNEST A. BIGELOW.) — Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

MORRIS BENDER v. FINK BAKING CORPORATION and Another.— Motion for leave to appeal denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant Fink Baking Corporation filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

JANE DYER v. RICHARD T. DYER.— Motion denied and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of J. MONTGOMERY STRONG for a Certiorari Order Directed to BERNE A. PYRKE, Commissioner of Agriculture and Markets of the State of New York.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

ROYAL INDEMNITY COMPANY v. E. GUSMAN & SONS, INC., and Others.— Motion for leave to appeal or for reargument denied, with ten dollars costs. Motion for stay granted. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

VICENTIA SLAVICH v. JACK BLUMAN and MAX STACK, Impleaded, etc. LENA SLAVICH v. JACK BLUMAN and MAX STACK, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of ALICE G. VANDERBILT, under Sections 67 to 71, Inclusive, of the Real Property Law,* for an Order Authorizing the Sale of Certain Real Property, of Which She Is the Life Tenant. S. OSGOOD PELL & Co., INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLARD D. ROCKEFELLER v. THE EIGHTY-SEVENTH STREET AND EAST END AVENUE CORPORATION.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business of the LINCOLN AUTO MUTUAL CASUALTY CORPORATION. LEWIS LANDES, Appellant.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

* Amd. by Laws of 1920, chap. 639, and Laws of 1918, chap. 578.— [REP.